UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DUANE JOACHIM,

          Plaintiff,

    v.

OAKLAND HOUSING AUTHORITY, et al.,

          Defendants.

Case No.  26-cv-03158-LJC

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND MOTION FOR LEAVE TO CORRECT COMPLAINT**

Re: Dkt. Nos. 3, 4

Plaintiff Duane Joachim, pro se, has applied for permission to proceed in forma pauperis. ECF No. 3.  Sufficient cause having been shown, that application is GRANTED.

Joachim also moves for leave to correct and refile the Complaint in this action due to an error in reproduction.  ECF No. 4.  That motion is also GRANTED.  Joachim shall file a corrected copy of the Complaint no later than May 12, 2026.

When a plaintiff is granted leave to proceed in forma pauperis, the Court must review the sufficiency of the Complaint under 28 U.S.C. § 1915(e)(2)(B) to determine if it is "(i) frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief."  The Court will review the sufficiency of Joachim's Complaint after the corrected copy is filed.

Joachim is encouraged to review the resources for parties representing themselves on the Court's website at https://cand.uscourts.gov/representing-yourself.  Joachim is also encouraged to consult with the Legal Help Center, which can provide basic legal assistance but cannot provide legal representation.  Joachim may schedule an appointment with the Legal Help Center by emailing fedpro@sfbar.org or by calling (415) 782-8982.

**IT IS SO ORDERED.**

Dated: April 22, 2026

LISA J. CISNEROS
United States Magistrate Judge