UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DUANE JOACHIM,

         Plaintiff,

    v.

OAKLAND HOUSING AUTHORITY, et al.,

         Defendants.

Case No. 26-cv-03158-AMO

**JUDGMENT**

The Court, having dismissed this action on the basis of *Younger* abstention, hereby **ENTERS** judgment in favor of Defendants and against Plaintiff. The Clerk of Court shall close the file in this matter.

    **IT IS SO ORDERED AND ADJUDGED.**

Dated: 6/3/2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California